JESSE S. KAPLAN   CSB# 103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
(916) 488-3030
(916) 489-9297 fax

Attorney for Plaintiff
KEVIN G. CALKINS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| KEVIN G. CALKINS,             )<br>                                              )<br>           Plaintiff,             )<br>                                              )<br>                                              )<br>v.                                          )<br>                                              )<br>Carolyn Colvin,                   )<br>COMMISSIONER OF SOCIAL )<br>      SECURITY,                  )<br>                                              )<br>           Defendant.           )<br>_____ ) | No.   2:14-CV-01877-AC<br><br>STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME RE: MOTION FOR SUMMARY JUDGMENT |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to February 19, 2015.

   This is the first extension.

[Pleading Title] - 1

Dated: February 9, 2015                                  /s/   *Jesse S. Kaplan*
                                                         JESSE S. KAPLAN
                                                         Attorney for Plaintiff


Dated: February 9, 2015                                  */s/ per e-mail authorization*

                                                         KEVIN GILL for THEOPHUS REAGANS
                                                         Special Assistant U.S. Attorney
                                                         Attorney for Defendant


## ORDER

For good cause shown, the requested extension of plaintiff's time to file a motion for summary judgment is extended *nunc pro tunc* to February 19, 2015.

SO ORDERED.


Dated: February 19, 2015

                                                         _____
                                                         ALLISON CLAIRE
                                                         UNITED STATES MAGISTRATE JUDGE