BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney

   160 Spear Street, Ste. 800
   San Francisco, CA 94105
   Telephone: (415) 977-8938
   Facsimile: (415) 744-0134
   Email: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN CALKINS,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant.<br>_____ | No. 14-cv-01877-AC<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE |

    The parties stipulate and agree, subject to the Court's approval, that the time for Defendant to serve her response to Plaintiff's Motion for Summary Judgment is extended from March 20, 2015 to April 20, 2014.  All other dates in the Court's Scheduling Order are extended accordingly.  Defendant needs the extension because of counsel's heavy

caseload and press of work.  Counsel had seven district court briefs and five district court responses and/or answers due this month, in addition to handling numerous Bankruptcy Court cases.  Because of counsel's busy schedule, counsel was unable to complete a defensibility review and draft a timely response.  Defendant apologizes for any inconvenience caused by this delay and asks the Court to grant the extension request.  Defendant requests this extension in good faith, with no intent to prolong proceedings unduly.  Plaintiff's counsel has agreed to stipulate to the extension.

Dated: MARCH 22, 2015        /s/ Jesse Kaplan
                             (email authorization)
                             JESSE KAPLAN
                             Attorney for Plaintiff


Dated: MARCH 22, 2015        BENJAMIN B. WAGNER
                             United States Attorney
                             THEOPHOUS H. REAGANS

                        By:  /s/ Theophous H. Reagans
                             THEOPHOUS H. REAGANS
                             Special Assistant United States Attorney
                             Attorneys for Defendant

**ORDER**

     APPROVED AND SO ORDERED.


DATED: March 23, 2015

                             _____
                             ALLISON CLAIRE
                             UNITED STATES MAGISTRATE JUDGE