# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO

| | |
|---|---|
| KEVIN G. CALKINS, | ) CIVIL NO. 2:14-cv-01877 AC |
| Plaintiff, | ) |
| v. | ) **ORDER EXTENDING THE TIME FOR** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) **DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| Defendant. | ) |

Based upon the parties' stipulation (ECF No. 22), and for good cause shown, IT IS HEREBY ORDERED that defendant shall have an extension of time to and including May 20, 2015 to respond to plaintiff's Motion for Summary Judgment.

Date:   April 21, 2015

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1