UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN G. CALKINS,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 2:14-cv-01877 AC<br><br><br><br>ORDER |

Plaintiff has filed a motion seeking attorney's fees under 42 U.S.C. § 406(b). ECF No. 32. Accordingly, IT IS HEREBY ORDERED that defendant shall file a response not later than 30 days from the date of this order. Plaintiff's Reply, if any, shall be filed no later than 21 days from the date defendant's response is filed.

DATED: July 27, 2017

                                        /s/ Allison Claire<br>
                                        ALLISON CLAIRE<br>
                                        UNITED STATES MAGISTRATE JUDGE