UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN G. CALKINS,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:14-cv-01877 AC<br><br><br><br>ORDER |

This matter is before the undersigned pursuant to Local Rule 302(c)(21). Pending before the court is plaintiff's motion to strike original docket entry. ECF No. 36. The court will construe this as plaintiff's request to seal the original motion for attorney's fees, filed at ECF No. 32. Plaintiff made this motion because the document contained unredacted information about the plaintiff in violation of Local Rule 140. Id. at 1. After full consideration of the Request and the subsequent amended motion and responsive pleading, and good cause having been shown,

IT IS HEREBY ORDERED THAT:

1. Plaintiff's Motion for Attorney Fees (ECF No. 32), shall be removed from the Court Docket and filed under seal in accordance with Federal Rule of Civil Procedure 5.2 and Eastern District Local Rule 141.
2. ECF No. 32 will remain under seal until the termination of this action, at which time the document will be destroyed.

3. Plaintiff's original motion for attorney's fees (ECF No. 32) has been superseded by her amended motion for attorney's fees (ECF No. 36) and serves as the governing motion.

DATED: August 15, 2017

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE