UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN G. CALKINS,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>        Defendant. | No. 2:14-cv-01877 AC<br><br><br><br>ORDER |

Plaintiff has filed an amended motion for an award of attorney's fees pursuant to 42 U.S.C. § 406(b). ECF No. 34. In its current form, the motion fails to include a detailed billing statement supporting the requested fees and instead references a previous motion for EAJA fees for the information. See ECF No. 34 at 4; 6 ¶6. Moreover, plaintiff fails to provide to the court the retroactive disability benefits received by plaintiff on remand.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall file a supplemental memorandum, within 7 days from the date of this order, providing the missing information and attaching relevant documentation. Failure to comply with this order may result in a denial of the amended motion for fees pursuant to 42 U.S.C. § 406(b).

DATED: October 18, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE